# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRANSCONTINENTAL REFRIGERATED LINES, INC.,** by **LAWRENCE V. YOUNG, ESQ.,** liquidating agent, | : : : : : | **CIVIL NO. 1:13-CV-2163** <br><br> (Chief Judge Conner) |
| Plaintiff, | : : | |
| v. | : : | |
| **NEW PRIME, INC.,** *et al.*, | : : : | |
| Defendants. | : | |

## ORDER

AND NOW, this 5th day of November, 2013, upon consideration of the motion (Doc. 1) filed by Lawrence Young, Esquire, liquidating agent for Transcontinental Refrigerated Lines, Inc. ("Transcontinental"), requesting the court to withdraw the reference of the above-captioned proceeding to the bankruptcy court, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Transcontinental's motion (Doc. 1) to withdraw the reference is GRANTED to the extent the court finds permissive withdrawal pursuant to 28 U.S.C. § 157(d) to be appropriate.

2. The reference of the above-captioned adversary proceeding to the bankruptcy court is WITHDRAWN.

3. The Clerk of Court is directed to forward a copy of this order to the United States Bankruptcy Court for the Middle District of Pennsylvania forthwith.

4. On or before Monday, November 11, 2013, counsel is directed to file all documents pertinent to the above-captioned adversary proceeding to the docket in this civil action.

5. Upon receipt of the relevant documents, the court will issue a scheduling order.

     /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania