IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRANSCONTINENTAL REFRIGERATED LINES, INC.,** by **LAWRENCE V. YOUNG, ESQ.,** liquidating agent, | : CIVIL NO. 1:13-CV-2163 <br> : <br> : (Chief Judge Conner) <br> : |
| **Plaintiff,** | : |
| v. | : |
| **NEW PRIME, INC.,** *et al.*, | : |
| **Defendants.** | : |

## ORDER

AND NOW, this 3rd day of June, 2014, upon consideration of the amended motion (Doc. 61) filed by plaintiff debtor Transcontinental Refrigerated Lines, Inc., ("Transcontinental"), by and through its liquidating agent, Lawrence Young, Esq., to overrule the objections of Handler Thayer & Duggan ("HTD") to production of certain documents based on the attorney-client privilege, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Transcontinental's motion (Doc. 61) is GRANTED in its entirety.

2. The court will return the documents to the producing party upon expiration of the appeal period. In the event of an appeal, the court will retain possession of the documents pending disposition of the appeal.

3. A revised scheduling order shall issue.

                                           /S/ CHRISTOPHER C. CONNER
                                           Christopher C. Conner, Chief Judge
                                           United States District Court
                                           Middle District of Pennsylvania