IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRANSCONTINENTAL REFRIGERATED LINES,** by **LAWRENCE V. YOUNG, ESQ.,** Liquidating Agent, | : CIVIL ACTION NO. 1:13-CV-2163 : : (Chief Judge Conner) : |
| Plaintiff | : |
| v. | : |
| **NEW PRIME, INC.,** *et al.*, | : |
| Defendants | : |

## ORDER

AND NOW, this 6th day of January, 2016, upon consideration of the motion (Doc. 154) for partial summary judgment filed by defendants Janis Hrobuchak, Nicole Hrobuchak, John Hrobuchak, and Stephen Hrobuchak (collectively, the "Lily Lake Beneficiaries"), wherein the Lily Lake Beneficiaries seek summary judgment with respect to Counts V and VI of the second amended adversary complaint (Doc. 143) of plaintiff and debtor Transcontinental Refrigerated Lines, Inc. ("Transcontinental"), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The Lily Lake Beneficiaries' motion (Doc. 154) for summary judgment on Counts V and VI of Transcontinental's second amended adversary complaint (Doc. 143) is GRANTED.

2. Entry of judgment pursuant to paragraph 1 is DEFERRED pending final resolution of this litigation.

3. This matter shall proceed on the following claims as set forth in Transcontinental's second amended adversary complaint (Doc. 143):

   a. Counts I and II against Stephen P. Hrobuchak, Jr., ("Hrobuchak");

   b. Counts V and VI against Hrobuchak and the Lily Lake Family Trust, reconstituted as the Cook Island Trust; and

   c. Counts VII and VIII against Hrobuchak and his wife, Janis Hrobuchak.

4. The court will forthwith schedule a telephonic status conference call with the parties to chart a course for further proceedings.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania